**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Jarrot A. COOPER, Defendant-Appellant.**

**No. 16-7227**

United States Court of Appeals, Fourth Circuit.

Submitted: January 26, 2017

Decided: February 7, 2017

Jarrot A. Cooper, Appellant Pro Se. Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jarrot A. Cooper appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Cooper, No. 9:03–cr–00590–DCN–1 (D.S.C. Aug. 9, 2016). We dispense with oral argument because the facts and

against Jacobs.

legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

Fatmata Kamara and Mohamed Kamara appeal the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motions to dismiss their amended civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Kamara v. Nationstar Mortg., LLC, No. 1:16–cv–00415–LMB–MSN (E.D. Va. July 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED